# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| U.S. Securities and Exchange Commission | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 21-cv-1943 WMW/KMM |
| Howard S Kleyman | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiff U.S. Securities and Exchange Commission's motion for entry of the parties' Proposed Consent Judgment, (Dkt. 2), is **GRANTED** and the Court retains jurisdiction over this matter as outlined in the Proposed Consent Judgment.

Date: 10/8/2021                                                       KATE M. FOGARTY, CLERK